FILED - USDC - FLMD - ORL
MAY 7 2025 PM4:27

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-104-TJC-PDB
18 U.S.C. § 2422(b)

TREVOR KENNETH WOOD

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about January 7, 2025, through and including on or about April 18, 2025, in the Middle District of Florida, and elsewhere, the defendant,

TREVOR KENNETH WOOD,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Florida Statute § 800.04(4)(a) and Florida Statute § 800.04(5)(a).

In violation of 18 U.S.C. § 2422(b).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

   a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

   b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, a black Apple iPhone, which was seized from the defendant on or about April 18, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Diane S. Hu
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
May 25

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## TREVOR KENNETH WOOD

### INDICTMENT

Violations: 18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of May, 2025.

_____
Clerk

Bail $_____

GPO 863 525